HARMEET K. DHILLON
Assistant Attorney General
JESUS A. OSETE
Principal Deputy Assistant Attorney General
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Telephone: (202) 304-8447
barry.arrington@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
*Additional counsel listed on following page*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF CALIFORNIA and ROBERT BONTA, in his official capacity as head of the California Department of Justice,

Defendants.

Case No. 8:2026-cv-1697

***EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

Hearing: None set

Judge: None appointed

R. JONAS GEISSLER
Deputy Assistant Attorney General

BARRY K. ARRINGTON (TX No. 24129555)
Acting Chief, Second Amendment Section

PATRICK TODD (TX No. 24106513)
TRISTAN SILVA II (DC No. 90037513)
Trial Attorneys
Second Amendment Section
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Telephone: (202) 304-8447

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (Cal. Bar No. 272742)
Assistant United States Attorney
United States Attorney's Office
300 North Los Angeles Street, Suite 7516
Los Angeles, California 90012
Telephone: (213) 894-2464
Julie.hamill@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 65 and Local Rule 7- 19, Plaintiff in the above-captioned matter, hereby apply *ex parte* to this Court for a temporary restraining order ("TRO") and for issuance of an order to show cause why a preliminary injunction should not issue. This *ex parte* application is based upon this Application, the accompanying Memorandum of Points and Authorities, the concurrently filed Declarations of Earl Griffith and Tristan Silva II, and all papers on file in this action, and any oral argument of counsel the Court may hear. The Memorandum of Points and Authorities in support of this Application is filed herewith.

The Plaintiff brings this application on an *ex parte* basis because, as described in the memorandum filed herewith, Cal. Penal Code § 27595(a) (the "Glock Ban") is a flagrant violation of the Second Amendment and merits immediate enjoinder. Handguns are "*overwhelmingly chosen* by American[s]" for self-defense. *District of Columbia v. Heller*, 554 U.S. 570, 628 (2008). Therefore, a "prohibition of their use is invalid." *Id*. at 629. Glock handguns are the most popular handguns in America. The State's Glock Ban prohibits citizens from acquiring those handguns from licensed dealers. The threat or actual implementation of the Glock Ban by state law enforcement officials amounts to misconduct depriving citizens of their fundamentally protected rights.

Plaintiff respectfully submits that *ex parte* relief is appropriate given that the facts set forth in the attached memorandum and its supporting papers evidence that immediate and irreparable injury will result to the citizens before opposition can be heard. California Supervising Deputy Attorney General Charlie Sarosy informed Plaintiff's counsel that Defendants oppose the requested relief.

**Statement of Compliance Civil Local Rule 7-19.1 and Rule 65**

Pursuant to Civil Local Rule 7-19.1 and Fed. R. Civ. P. 65, counsel for the Plaintiff made extensive good faith efforts to notify Defendants of this Application. These efforts are summarized in the Declaration of Tristan Silva II filed herewith.

Respectfully submitted this 1st day of July 2026.

*/s/ Barry K. Arrington*
Barry Arrington
Acting Chief
Second Amendment Section