**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF CALIFORNIA and ROBERT BONTA, in his official capacity as head of the California Department of Justice,

Defendants.

Case No. 8:2026-cv-1697-AH-MBK

**SECOND DECLARATION OF EARL GRIFFITH**

1.       My name is Earl Griffith.  I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2.       Pistols utilizing the cruciform trigger design, originally developed by Glock, make up a substantial percentage of semi-automatic handguns sold and owned in the United States.  Glock has sold over 25 million pistols domestically, and since the relevant patents expired around 2016, many other manufacturers have copied this exact design.  As a result, cruciform trigger pistols now represent one of the most common types of handguns in circulation today.

3.       The majority of semi-automatic pistols and rifles in the United States can be easily converted into machine guns with the addition of illegal conversion parts.

I, Earl Griffith, under 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct.

_____
Earl Griffith
Date:  July 3, 2026

1