## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| | 8:26-cv-01697-AH-MBKx |
| v.    PLAINTIFF(S) | |
| State Of California et al | **ORDER RE TRANSFER (RELATED CASES)** |
| DEFENDANT(S). | |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

July 7, 2026
Date

_Mónica R. Al___
United States District Judge

### DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____

_____
Date

_____
United States District Judge

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   8:22-cv-01421-MRA-ADSx   and the present case:

- ☐ A.   Arise from the same or closely related transactions, happenings or events; or
- ☑ B.   Call for determination of the same or substantially related or similar questions of law and fact; or
- ☑ C.   For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D.   Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

### NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge   Michael B. Kaufman   to Magistrate Judge   Autumn D. Spaeth   .

On all documents subsequently filed in this case, please substitute the initials   MRA-ADSx   after the case number in place of the initials of the prior judge, so that the case number will read   8:26-cv-01697-MRA-ADSx   . This is very important because the documents are routed to the assigned judges by means of these initials

cc:   ☐ *Previous Judge*    ☐ *Statistics Clerk*

CV-34 (06/23)                    ORDER RE TRANSFER (Related Cases)