**President of the United States**
**Donald J. Trump**

Patrick Daniel Todd
patrick.todd@usdoj.gov

Barry K. Arrington
barry.arrington@usdoj.gov



FILED
CLERK, U.S. DISTRICT COURT

JUL 6, 2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MKU_____ DEPUTY

**8:26-cv-01697-MRA-ADS United States of America v. State Of California et al**

©Common law all rights reserved 2026

**Notice and Demand**
**Legal Notice**

**To:**
JUDGE ANNE HWANG
AH_Chambers@cacd.uscourts.gov

**From:**
AUTHORIZED LEGAL REPRESENTATIVE
patrick-james: simmons for
LEGAL FICTION PATRICK J. SIMMONS        (one of the People)

### Notice by Affidavit of Demand for Change;
### Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent;

Comes now Affiant, _Patrick -james: Simmons_, one of the people
(as seen in All 50 States Constitutions, All political power) Sui Juris, in this court of record,
come to you, being trustees of the People, so that you must provide due care and remember your
oath which binds you. I make the following statements and claims, this AMICUS brief is in favor
for the Plaintiff;

- **Maxim of Law by Charles A. Weisman 51o.** "All political power is inherent in
  the people by decree of God, thus none can exist except it be driven from them."
  American Maxim.

**Maxim of Law by Charles A. Weisman 65u.** "Constitutions and laws precede the
judiciary." Luther v. Borden, 7 How. (48 U.S.) 1, 52.

**Miranda v. Arizona, 384 U.S. 436 (1966)** "Where rights secured by the Constitution are
involved, there can be no rulemaking or legislation which would abrogate them"

- **Marbury v. Madison (1803)** "a law repugnant to the Constitution **is void**, and
  that courts, as well as other departments, are bound by that instrument".

**"WHEN THE COMMON LAW AND STATUTE LAW CONCUR, THE COMMON
LAW IS TO BE PREFERRED".** 4 Co. 71 Black's Law Dictionary 4th edition

**Pennsylvania Constitution Article 1 § 21.  Right to bear arms.** "The right of the
citizens to bear arms in defense of themselves and the State shall not be questioned".

This Affidavit is a *self-executing constitutional provision* and is mandatory (*see*) Black's
Law Dictionary 4th edition.

©Common law all rights reserved 2026

**United States Constitution Article VI Clause II.** "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the **supreme Law of the Land**; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

Good Afternoon, Judge Anne Hwang. It has come to the people's attention that the State of California has passed a law that would restrict the people's right to bear arms, according to their condition, which means any type of "arms". These acts are unconstitutional, and the Temporary restraining order should be granted to the United States government.

- **Maxim of Law by Charles A. Weisman 9c.** "It is a liberty of free citizens to retain arms for their personal protection and according to their condition." *People V. Horton,* 264 N.Y.S. 84, 88.

**Miller v. United States 230 F.2d 486 (5th Circuit).** "Execution of process and the performance of duty by constituted officers must not be thwarted. But these agents, out of a Government and a society whose existence and strength comes from these constitutional safeguards, are serving law when they respect, not override, these guarantees."

**Maxim of Law by Charles A. Weisman 62p.** "An unconstitutional Act is not Law; it confers no rights; it imposes no duties; it affords no protection; it creates no office; it is; in legal contemplation, an inoperative as though it had never been passed." *Norton v. Shelby County,* 118 U.S. 425, 442.

Thank You.

Date: July 6, 2026

©Common law all rights reserved 2026