ROB BONTA
Attorney General of California
CHARLES J. SAROSY
Supervising Deputy Attorney General
CHRISTINA MCCALL
SABRINA T. MCGRAW
EDWARD P. WOLFE
Deputy Attorneys General
State Bar No. 247835
  600 W Broadway, STE 1800
  San Diego, CA 92101-3375
  Telephone: (619) 321-5426
  Fax: (916) 731-2124
  E-mail: Edward.Wolfe@doj.ca.gov
*Attorneys for Defendants,*
*State of California and Robert Bonta, in his official*
*capacity as head of the California Department of*
*Justice*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA and ROBERT BONTA, in his official capacity as the head of the California Department of Justice,**<br><br>Defendants. | 8:26-cv-01697-MRA-ADSx<br><br>**Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3)**<br><br>Complaint Served: July 1, 2026<br>Current Response Date: July 22, 2026<br>New Response Date: July 28, 2026<br><br>Judge:        Hon. Monica Ramirez Almandani |

Plaintiff United States of America and Defendants State of California and Rob Bonta, in his official capacity as the head of the California Department of Justice, through their counsel, stipulate and agree as follows:

Plaintiff served its Complaint on Defendants on July 1, 2026;

///

1

Defendants' current deadline to respond to the Complaint is July 22, 2026;

The parties desire additional time to meet and confer regarding Defendants' response to the Complaint;

There have been no prior requests for an extension of time to respond to the Complaint;

Therefore, Plaintiff and Defendants, through undersigned counsel, hereby stipulate that, pursuant to Central District of California Rule 8-3, Defendants shall have an extension of time to and including July 28, 2026, to file a response to the Complaint.

**IT IS SO STIPULATED.**

Dated:  July 16, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
CHARLES J. SAROSY
Supervising Deputy Attorney General

*/s/ Edward P. Wolfe*

EDWARD P. WOLFE
Deputy Attorney General
*Attorneys for Defendants*

Dated:  July 16, 2026

*/s/ Barry Arrington*

Barry Arrington
Acting Chief
Second Amendment Section
*Attorneys for Plaintiff*

2

# SIGNATURE ATTESTATION

I am the CM/ECF filer whose identification and password are being used to file the foregoing Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3). In compliance with Central District of California Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that every signatory has concurred in the filing's content and has authorized the filing.

Dated: July 16, 2026                    /s/  Edward P. Wolfe

                                        Edward P. Wolfe