**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA and ROBERT BONTA, in his official capacity as head of the California Department of Justice,<br>Defendants. | Case No. 8:2026-cv-1697-AH-MBK<br>**THIRD DECLARATION OF EARL GRIFFITH** |

1. My name is Earl Griffith I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2. I am currently an independent consultant at ELG Consultants, LLC, where I provide firearm consulting services based on my 40 years of experience as a subject matter expert in the firearms industry. I graduated with a Bachelor of Science from National University and a degree in Missile Maintenance Technology from the Air Force.

3. From September 2001 to November 2022, I served in the Department of Justice with the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF") in various roles, and ultimately as the Chief of the Firearms & Ammunition Technology Division, where I oversaw Bureau-wide responsibility for planning, directing, and coordinating the technical standards for firearms and ammunition in enforcement and implementation of the Gun Control Act ("GCA") and National Firerams Act ("NFA") throughout the country.

4. ATF has thoroughly assessed every major manufacturer's pistol, whether imported or produced in the country. The process requires examination and classification of particular firearms to the definitions of the GCA and NFA as applicable. As the regulation authority, ATF's guidance to the firearm industry sets the classification for each firearm examined.

5. In my various roles at ATF, I was tasked with, among other responsibilities, examining, reviewing firearm classifications submitted to ATF by law enforcement agencies and members of the firearm industry, physically evaluating the submissions, and issuing classification determinations that explained whether an object or article constituted a particular kind of firearm under the GCA and NFA.

6. I have examined thousands of Glock and other striker-fire pistols. These pistols are not machinegun because they are not designed to shoot more than one shot automatically without manual reloading, by a single function of the trigger,

or intended for use in such manner. ATF has classified thousands of unmodified Glock pistols as legal firearms (i.e not machineguns) per the federal definition under the GCA since 1985, when the first Glock designed pistol was submitted to ATF for classification.

7. Cal. Penal Code § 27595(a) states: "Except as provided in subdivision (c), commencing on July 1, 2026, a firearms dealer licensed pursuant to Sections 26700 to 26920, shall not sell, offer for sale, exchange, give, transfer, or deliver any semiautomatic machinegun-convertible pistol, as defined in Section 16885."

8. Cal. Penal Code § 16885 states:

> (a) As used in this part, "machinegun-convertible pistol" means any semiautomatic pistol with a cruciform trigger bar that can be readily converted by hand or with common household tools, as defined in Section 4082 of Title 11 of the California Code of Regulations, into a machinegun by the installation or attachment of a pistol converter as a replacement for the slide's backplate without any additional engineering, machining, or modification of the pistol's trigger mechanism.
>
> (b) A machinegun-convertible pistol does not include a hammer-fired semiautomatic pistol or striker-fired semiautomatic pistol lacking a cruciform trigger bar, which instead has a trigger bar that is shielded from interference by a pistol converter.
>
> (c) A polymer notch or other piece of polymer molded into the rear of the pistol frame does not prevent ready conversion into a machinegun and will not prevent a pistol from qualifying under this definition.

9. All factory-stock models of Glock pistols currently on the market have a cruciform trigger bar. This includes Glock's "Gen 6" and "V series" pistols, which were introduced into the U.S. market in late 2025.

10. In my opinion, except as provided in Cal. Penal Code § 27595(c), as of July 1, 2026, Cal. Penal Code § 27595(a) prohibits licensed firearms dealers from selling, offering for sale, exchanging, giving, transferring, or delivering any Glock

or Glock-style pistol. Thus, the statute operates as a total ban on the sale of Glock and Glock-style pistols.

11. Glock is the most popular handgun in America.

12. Pistols utilizing the cruciform trigger design, originally developed by Glock, make up a substantial percentage of semi-automatic handguns sold and owned in the United States. Glock has sold over 25 million pistols domestically, and since the relevant patents expired around 2016, many other manufacturers have copied this exact design. As a result, cruciform trigger pistols now represent one of the most common types of handguns in circulation today. Banning the cruciform trigger design effectively prohibits a class of widely owned pistols based on a hypothetical conversion risk that isn't unique to the Glock cruciform disconnect design. The fact is that most semi-automatic pistols have a modification path to firing automatically.

13. The majority of semi-automatic pistols and rifles in the United States can be easily converted into machine guns with the addition of illegal conversion parts. Thus, convertibility with the addition of illegal conversion parts is by no means unique to Glock model pistols.

14. For a new semiautomatic pistol model to be included on California's handgun roster, it is required to have chamber-load indicator and a magazine-disconnect mechanism.

15. The State asserts that in the last few years, 138 semiautomatic pistol models with one or both of these required features have been added to the Roster. However, the Roster counts a pistol model with cosmetic changes from the base model as a completely different pistol. Thus, for example, if a manufacturer offers a base model and nine cosmetically different variants, the Roster counts that has ten models.

16. Even with these 138 additions, the overwhelming majority of pistol models sold in the United States are not eligible to be included on the Roster.

I, Earl Griffith, under 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct.

Earl Griffith
Date: July 27, 2026