ROB BONTA
Attorney General of California
CHARLES J. SAROSY
Supervising Deputy Attorney General
VIVIANA M. HANLEY
CHRISTINA MCCALL
SABRINA T. MCGRAW
EDWARD P. WOLFE (Cal. Bar No. 247835)
Deputy Attorneys General
600 W Broadway, STE 1800
San Diego, CA 92101-3375
Telephone: (619) 321-5426
Fax: (916) 731-2124
E-mail: Edward.Wolfe@doj.ca.gov
*Attorneys for Defendants, State of California and Robert Bonta, in his official capacity as head of the California Department of Justice*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>**v.**<br>**STATE OF CALIFORNIA and ROBERT BONTA, in his official capacity as the head of the California Department of Justice,**<br>Defendants. | 8:26-cv-01697-MRA-ADSx<br>**DECLARATION OF EDWARD P. WOLFE RE: MEET AND CONFER PURSUANT TO L.R. 7-3**<br>Date: September 1, 2026<br>Time: 10:00 a.m.<br>Courtroom: 9B<br>Judge: Hon. Mónica Ramírez Almadani<br>Trial Date: Not set<br>Action Filed: 7/01/2026 |

I, Edward P. Wolfe, declare as follows:

1. I am a Deputy Attorney General employed by the California Office of the Attorney General, and I am licensed to practice law in the State of California. I am assigned to represent the defendants in this matter. I have personal knowledge of

each fact stated in this declaration and could and would competently testify thereto if called to do so.

2. On Tuesday, July 21, 2026, counsel of record for the parties in this action met and conferred via Microsoft Teams videoconference. Supervising Deputy Attorney Charles J. Sarosy, Deputy Attorney General Viviana M. Hanley, and I appeared on behalf of Defendants State of California and Rob Bonta. Acting Chief Barry Arrington and Trial Attorneys Patrick Todd and Tristan Silva of the Second Amendment Section, U.S. Department of Justice, attended on behalf of Plaintiff United States.

3. We discussed Defendants' objections to the United States's Complaint. In particular, we discussed Defendants' position that 34 U.S.C. § 12601 does not authorize Plaintiff's claims and that Plaintiffs have failed to state a claim upon which relief can be granted. Counsel for Plaintiff disagreed with Defendants' positions. The parties did not reach an agreement resolving these issues, which are the basis of Defendants' concurrently-filed motion to dismiss.

4. At the same meeting, counsel for Plaintiff advised that Plaintiff intends to file a Motion for Preliminary Injunction on July 28, 2026, noticed for hearing on the Court's first available date. Counsel for Defendants recommended staggering the motion to dismiss and motion for preliminary injunction, or first litigating the motion to dismiss, to avoid litigating both motions at the same time, but counsel for Plaintiff expressed a desire to have the motions briefed on the same schedule and heard at the same time.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration is executed this 28th day of July 2026, in San Diego, California.

*<u>/s/ Edward P. Wolfe</u>*
EDWARD P. WOLFE