**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br>Plaintiff,<br>v.<br><br>**STATE OF CALIFORNIA and ROBERT BONTA, in his official capacity as head of the California Department of Justice**,<br>Defendants. | Case No. LA CV 00-00000-MRA( --x)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COMPLAINT [ECF # 29]** |

On July 28, 2026, Defendants State of California and Attorney General Rob Bonta filed a Motion to Dismiss the Complaint and Request for Judicial Notice. Defendants request an order dismissing the Complaint on the grounds that it fails to state a claim upon which relief can be granted under Rule 12(b)(6).

The Court, having considered Defendants' Motion to Dismiss and Request for Judicial Notice, and finding good cause therefore, ORDERS as follows:

1. Defendants' request for judicial notice is GRANTED;

2. Defendants' motion to dismiss the Complaint is GRANTED; and

//

3. Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE