# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **STATE OF CALIFORNIA and ROBERT BONTA, in his official capacity as head of the California Department of Justice**, <br><br> Defendants. | Case No. 8:26-cv-01697-MRA-ADS <br><br> **ORDER GRANTING STIPULATION [31] TO CONTINUE HEARING DATE AND AMEND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [28] AND DEFENDANTS' MOTION TO DISMISS COMPLAINT [29]** |

On July 30, 2026, the Parties filed a Stipulation to Continue Hearing Date and Amend Briefing Schedule for Plaintiff's Motion for Preliminary Injunction, ECF 28, and Defendants' Motion to Dismiss Complaint, ECF 29. Having considered the parties' Stipulation, and good cause appearing, the Court hereby GRANTS the Parties' Stipulation and ORDERS as follows:

1. The hearings on Plaintiff's Motion for Preliminary Injunction and Defendants' Motion to Dismiss Complaint are hereby **CONTINUED** to **September 8, 2026, at 10:00 a.m.**;

-1-

2. Opposition papers for both motions are due on August 25, 2026;

3. Reply papers for both motions are due on September 1, 2026;

IT IS SO ORDERED.

Dated: July 31, 2026

_____

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

-2-