**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF CALIFORNIA and ROBERT BONTA, in his official capacity as head of the California Department of Justice,

Defendants.

Case No. 8:26-cv-01697-MRA-ADS

**ORDER DENYING PLAINTIFF'S REQUEST FOR REMOTE APPEARANCE [38]**

Date: September 8, 2026
Time: 10:00 a.m.
Courtroom: 9B, 9th Floor
Judge: Hon. Mónica Ramírez Almadani
Trial Date: Not Set
Action Filed: July 1, 2026

# ORDER

Because the Court is likely to be in trial in a separate case on September 8, 2026, the Court **CONTINUES** the hearings on Plaintiff's Motion to Preliminary Injunction [28], Defendant's Motion to Dismiss Case [29], and Amicus Curiae's Motion for Leave to File Amicus Brief [36] to **September 11, 2026, at 1:30 p.m.** The Court **DENIES** the request for remote appearance for lack of good cause. Lawyers, including government lawyers, regularly travel for hearings; the inconvenience of travel is insufficient to justify a remote appearance.

IT IS SO ORDERED.

Dated: August 14, 2026

HON. MÓNICA RAMÍREZ ALMADANI
United States District Judge