MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
HECKER FINK LLP
1019 East 4th Place, 3rd Floor
Los Angeles, CA 90013
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

TRISHA ANDERSON*
*tanderson@heckerfink.com*
NICOLAS RILEY*
*nriley@heckerfink.com*
STEPHEN PRIFTI*
*sprifti@heckerfink.com*
HECKER FINK LLP
1050 K Street NW, 10th Floor
Washington, D.C. 20001
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Amici Curiae*

**Admitted pro hac vice*

*(additional counsel info on cont. page)*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA and ROBERT BONTA, in his official capacity as the head of the California Department of Justice,<br><br>Defendants. | Case No. 8:26-cv-01697-MRA-ADSx<br><br>**AMICI CURIAE'S UNOPPOSED REQUEST FOR REMOTE APPEARANCE (ECF NO. 46)**<br><br>Date: September 11, 2026<br>Time: 1:30 p.m.<br>Courtroom: Santa Ana Courtroom 9B<br>Judge: Hon. Mónica Ramírez Almadani<br>Trial Date: Not Set<br>Action Filed: July 1, 2026 |

DOUGLAS N. LETTER
*dletter@bradyunited.org*
SHIRA LAUREN FELDMAN
*sfeldman@bradyunited.org*
TESS M. FARDON
*tfardon@bradyunited.org*
BRADY CENTER TO PREVENT GUN VIOLENCE
840 First Street NE, Suite 400
Washington, D.C. 20002
Telephone: (212) 370-8160
Facsimile: (833) 493-3604

LEIGH ROME
*lrome@giffords.org*
WILLIAM T. CLARK
*wclark@giffords.org*
GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE
244 Madison Ave., Suite 147
New York, NY 10016
Telephone: (415) 433-2062
Facsimile: (415) 433-3357

*Of Counsel*

Proposed Amici Curiae Former Civil Rights Division Officials, Brady Center to Prevent Gun Violence, and Giffords Law Center to Prevent Gun Violence respectfully request permission to appear remotely at the September 11, 2026 hearing.

Good cause exists for this request. Amici understand that the hearing will focus principally on the United States's motion for a preliminary injunction and the State of California's motion to dismiss, and thus will not require amici's active participation. In light of that understanding, and the fact that counsel for amici have undertaken this matter *pro bono*, amici respectfully request leave to appear remotely. Neither the United States nor the State of California would be prejudiced by amici's remote appearance, and counsel for both parties have stated that they do not oppose this request.

Dated: September 4, 2026

Respectfully Submitted,

*/s/ Matthew J. Craig*
Matthew J. Craig

*Counsel for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

The undersigned counsel of record for Amici Curiae Former Civil Rights Division Officials, Brady Center to Prevent Gun Violence, and Giffords Law Center to Prevent Gun Violence certifies that this motion contains 128 words, which complies with the word limit of L.R. 11-6.1.

Dated: September 4, 2026

*/s/ Matthew J. Craig*
Matthew J. Craig

*Counsel for Amici Curiae*