HARMEET K. DHILLON
Assistant Attorney General

Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Telephone: (202) 304-8447
barry.arrington@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
*Additional counsel listed on following page*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA and ROBERT BONTA, in his official capacity as head of the California Department of Justice,<br><br>Defendants. | Case No. 8:2026-cv-1697-MRA-ADS<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Hearing: September 11, 2026<br>Hearing Time: 10:00 a.m.<br>Courtroom: 9B<br><br>Hon. Mónica Ramírez Almadani<br>United States District Judge |

R. JONAS GEISSLER
Deputy Assistant Attorney General

BARRY K. ARRINGTON (TX No. 24129555)
Acting Chief, Second Amendment Section

PATRICK TODD (TX No. 24106513)
TRISTAN SILVA II (DC No. 90037513)
Trial Attorneys
Second Amendment Section
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Telephone: (202) 304-8447

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (Cal. Bar No. 272742)
Assistant United States Attorney
United States Attorney's Office
300 North Los Angeles Street, Suite 7516
Los Angeles, California 90012
Telephone: (213) 894-2464
Julie.hamill@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Plaintiff United States of America submits this Notice of Supplemental Authority to alert the Court to a recent Order in *United States of America v. Los Angeles County Sherrif's Department*, 2:25-cv-09323-SPG-ADS (D. Cal. Sept. 23, 2026), attached hereto as Exhibit A.

This decision is relevant to the pending Rule 12 motion in this case as it demonstrates that federal courts have subject-matter jurisdiction over Second Amendment claims under 34 U.S.C. § 12601. Although this was a consent decree, by issuing an order to enforce the consent decree, the district court has demonstrated that it has subject-matter jurisdiction over Second Amendment claims under 34 U.S.C. § 1260. *See Am. Fire & Cas. Co. v. Finn*, 341 U.S. 6, 16-19 (1950) (holding that parties cannot stipulate to subject-matter jurisdiction and vacating the district court's judgment); *Loc. No. 93, Int'l Ass'n of Firefighters, AFL-CIO C.L.C. v. City of Cleveland*, 478 U.S. 501, 525 (1986) (holding that "… a consent decree must spring from and serve to resolve a dispute within the court's subject-matter jurisdiction."); *see also* Fed. R. Civ. P. 12(h)(3).

Respectfully submitted this 25th day of September 2026.

*/s/ Patrick Todd*
Patrick Todd
Trial Attorney
Second Amendment Section

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for the United States, certifies that this brief contains 186 words, which complies with the word limit of L.R. 11-6.1.

Dated: September 25, 2026

Respectfully submitted,

*/s/ Patrick Todd*
PATRICK TODD
Trial Attorney
Second Amendment Section