ROB BONTA
Attorney General of California
CHARLES J. SAROSY
Supervising Deputy Attorney General
VIVIANA M. HANLEY
CHRISTINA MCCALL
EDWARD P. WOLFE
SABRINA T. MCGRAW
Deputy Attorneys General
State Bar No. 334120
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 268-4326
Fax: (415) 703-1234
E-mail: Sabrina.McGraw@doj.ca.gov
*Attorneys for Defendants State of California and Robert Bonta, in his official capacity as head of the California Department of Justice*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

Plaintiff,

**v.**

**STATE OF CALIFORNIA and ROBERT BONTA, in his official capacity as the head of the California Department of Justice,**

Defendants.

8:26-cv-01697-MRA-ADSx

**DEFENDANTS' RESPONSE TO THE UNITED STATES'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Date: September 11, 2026
Time: 1:30 PM
Courtroom: 9B
Judge: The Honorable Mónica Ramírez Almadani
Trial Date: Not set
Action Filed: July 1, 2026

On September 25, 2026, the United States filed a notice of supplemental authority (ECF No. 53) regarding the "Order Granting Request for Ruling on Settlement Agreement" in *United States of America v. Los Angeles County Sheriff's Department* (*LASD*), 2:25-cv-09323-SPG-ADS (C.D. Cal. Sept. 23, 2026), ECF No. 38. The United States asserts that this order "is relevant" to Defendants' pending motion to dismiss.

However, as explained in Defendants' reply brief supporting the motion to dismiss, this settlement agreement "does not support the use of Section 12601 to facially challenge California's firearms laws." ECF No. 45 at 19. First, the approved settlement agreement explicitly states that "nothing in the agreement will be construed as an admission or evidence of liability of the LASD or its officials, under 34 U.S.C. § 12601." *LASD*, 2:25-cv-09323, ECF No. 36 at ¶ 4. The court's approval of the settlement agreement did not rule on whether Section 12601 can be used in the broad manner asserted by the United States, nor can there be any inference of such a ruling. *Id.* at ECF No. 38. Second, the *LASD* case is distinguishable because, unlike here, the "United States did not claim that any *law* was unconstitutional," nor did the United States seek to "enjoin the enforcement of any law." ECF No. 45 at 19. Third, the United States argues that the *LASD* order "demonstrates that federal courts have subject-matter jurisdiction over Second Amendment claims under" Section 12601 (ECF No. 53 at 1), but even assuming this order carried such weight, this fails to help the United States show that it has satisfied the requirements of Section 12601 to bring the present suit. *See generally* Defs.' Mot. to Dismiss (ECF No. 29); Defs.' Oppo. to Pl.'s Mot. for Prelim. Inj. (ECF No. 43) at 5–7.

/ / /

/ / /

/ / /

The United States' notice does nothing to move the needle, and Defendants' motion to dismiss should be granted based on the prior briefing and oral argument regarding the motion.

Dated: September 29, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
CHARLES J. SAROSY
Supervising Deputy Attorney General

***/s/ Sabrina T. McGraw***
SABRINA T. MCGRAW
VIVIANA M. HANLEY
CHRISTINA MCCALL
EDWARD P. WOLFE
Deputy Attorneys General
*Attorneys for Defendants*
*State of California and Robert Bonta, in his official capacity as head of the California Department of Justice*

# CERTIFICATE OF SERVICE

Case Name: **United States of America v. State of California, et al. (2a pattern and practice)** No. **8:26-cv-01697-MRA-ADSx**

I hereby certify that on September 29, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' RESPONSE TO THE UNITED STATES'S NOTICE OF SUPPLEMENTAL AUTHORITY**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 29, 2026, at Fresno, California.

| A. Billings | ***/s/ A. Billings*** |
|---|---|
| Declarant | Signature |