ROB BONTA
Attorney General of California
CHARLES J. SAROSY
Supervising Deputy Attorney General
VIVIANA M. HANLEY
CHRISTINA MCCALL
EDWARD P. WOLFE
SABRINA T. MCGRAW
Deputy Attorneys General
State Bar No. 334120
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 268-4326
Fax: (415) 703-1234
E-mail: Sabrina.McGraw@doj.ca.gov
*Attorneys for Defendants*
*State of California and Robert Bonta, in his official capacity as head of the California Department of Justice*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>**v.**<br><br>**STATE OF CALIFORNIA and ROBERT BONTA, in his official capacity as the head of the California Department of Justice,**<br><br>Defendants. | 8:26-cv-01697-MRA-ADSx<br><br>**DEFENDANTS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE OF NEW EVIDENCE IN SUPPORT OF DEFENDANTS' OPPOSITION TO THE MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: September 11, 2026<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: The Honorable Mónica Ramírez Almadani<br>Trial Date: Not set<br>Action Filed: 7/01/2026 |

## REQUEST FOR JUDICIAL NOTICE

In support of the Defendants' opposition to the United States's motion for a preliminary injunction, Defendants respectfully request that, pursuant to Federal Rule of Evidence 201, the Court take judicial notice of the following September 29, 2026 updates to the California Department of Justice's Roster of Handguns Certified for Sale ("Handgun Roster").[1]

1. The California Department of Justice's "Recently Added Handgun Models" webpage, which shows the handgun models that have been recently added to the Handgun Roster, including the new Glock semiautomatic pistol model, Glock 43X CA, added to the Handgun Roster on September 29, 2026. It also shows that, since September 3, 2026, 34 other new handgun models have been added to the Handgun Roster, 31 of which are pistols that have a chamber load indicator and/or magazine disconnect mechanism. A true and correct copy of this webpage as of September 29, 2026, available on the California Department of Justice's website at https://oag.ca.gov/firearms/certified-handguns/recently-added, is attached as **Exhibit A**.
2. The California Department of Justice's "Handguns Certified for Sale" webpage, which has an "IMPORTANT INFORMATION" box with a bullet point that states: "A plus symbol (+) next to the model name below indicates that the handgun meets the definition of a 'machinegun-convertible pistol' under Penal Code section 16885, and thus cannot be sold, transferred, or delivered by a firearms dealer beginning July 1, 2026 unless a specified exception listed at Penal Code section 27595 applies." A

[1] Defendants are in the process of meeting and conferring with the United States regarding Defendants' anticipated motion to supplement the record on the motion for a preliminary injunction with this newly available information, consistent with the seven-day notice requirement in Central District of California Local Rule 7-3. Because the United States's motion for a preliminary injunction is currently under submission with the Court (ECF No. 49), Defendants submit this Request now in case helpful to the Court in the interim.

true and correct copy of this webpage as of September 29, 2026, available on the California Department of Justice website at https://oag.ca.gov/firearms/certified-handguns/search, is attached as **Exhibit B**.

3. The California Department of Justice's webpage listing for the new Glock semiautomatic pistol model, Glock 43X CA, on the Handgun Roster, which does not have a plus symbol next to the model name, indicating that it does not fall within the definition of a machinegun-convertible pistol under California Penal Code section 16885 and thus is not subject to the prohibition on the sale, transfer, or delivery of machinegun-convertible pistols by firearms dealers. A true and correct copy of this webpage as of September 29, 2026, available on the California Department of Justice website https://oag.ca.gov/firearms/handgun/43x-ca, is attached as **Exhibit C**.

The Court may take judicial notice of "a fact that is not subject to reasonable dispute" because it "(1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). The Court must take judicial notice where "a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c).

Exhibits A ("Recently Added Handgun Models" webpage), B ("Handguns Certified for Sale" webpage), and C (Glock 43X CA Handgun Roster webpage) are judicially noticeable because they are official government publications produced by California Department of Justice's Bureau of Firearms. *Smith v. Los Angeles Unified Sch. Dist.*, 830 F.3d 843, 851 n. 10 (9th Cir. 2016) ("[C]ourts routinely take judicial notice of letters published by the government … as well as 'records and reports of administrative bodies."); *Freshpoint Atlanta, Inc. v. Haywood*, 2025 WL 2606626, at *2 (S.D. Cal. Sept. 9, 2025) ("The Court may take judicial notice of

information on government websites") (collecting cases); *Murphy v. Bronson, Cawley & Bergmann, LLP*, 2011 WL 2413447, at *3 (S.D. Cal. June 13, 2011) ("Courts do take judicial notice of information found on government agency websites"). The matters raised in these documents are publicly-available matters of historic record that are not subject to reasonable dispute.

Defendants therefore respectfully request that the Court take judicial notice of the materials described above.

Dated: September 30, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
CHARLES J. SAROSY
Supervising Deputy Attorney General

***/s/ Sabrina T. McGraw***
SABRINA T. MCGRAW
VIVIANA M. HANLEY
CHRISTINA MCCALL
EDWARD P. WOLFE
Deputy Attorneys General
*Attorneys for Defendants*