IN UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>**v.**<br>**STATE OF CALIFORNIA and ROBERT BONTA, in his official capacity as the head of the California Department of Justice,**<br>Defendants. | 8:26-cv-01697-MRA-ADSx<br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE [ECF # 55]** |

On September 30, 2026, Defendants State of California and Attorney General Rob Bonta filed a Request for Judicial Notice in support of their Opposition to Plaintiff United States's Motion for a Preliminary Injunction.

The Court, having considered Defendants' Request for Judicial Notice, and finding good cause therefore, ORDERS Defendants' request for judicial notice is GRANTED.

IT IS SO ORDERED.

Dated:

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE