HARMEET K. DHILLON
Assistant Attorney General

Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Telephone: (202) 304-8447
barry.arrington@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
*Additional counsel listed on following page*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF CALIFORNIA and ROBERT BONTA, in his official capacity as head of the California Department of Justice,

Defendants.

Case No. 8:2026-cv-1697-MRA-ADS

**PLAINTIFF'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY**

Hearing: September 11, 2026
Hearing Time: 10:00 a.m.
Courtroom: 9B

Hon. Mónica Ramírez Almadani
United States District Judge

R. JONAS GEISSLER
Deputy Assistant Attorney General

BARRY K. ARRINGTON (TX No. 24129555)
Acting Chief, Second Amendment Section

PATRICK TODD (TX No. 24106513)
TRISTAN SILVA II (DC No. 90037513)
Trial Attorneys
Second Amendment Section
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Telephone: (202) 304-8447

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (Cal. Bar No. 272742)
Assistant United States Attorney
United States Attorney's Office
300 North Los Angeles Street, Suite 7516
Los Angeles, California 90012
Telephone: (213) 894-2464
Julie.hamill@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Plaintiff United States of America submits this Second Notice of Supplemental Authority to alert the Court to a recent Order in *Glock, Inc. v. Patrick J. Griffin et al.*, case no. 3:26-cv-01525-KAD (D. Conn. Sept. 30, 2026), attached hereto as Exhibit A.

This decision is relevant to the pending Motion for Preliminary Injunction by Plaintiff in this case as it demonstrates that a sister federal district court has reviewed and granted a motion for preliminary injunction to enjoin the enforcement of a statute that bans the sale of handguns with cruciform trigger bars (commonly known as Glock bans). The court first analyzed whether the plaintiffs would be likely to succeed on the merits of their claims, and concluded that they would because Glock bans are presumptively unconstitutional under *Bruen* step one and there was no historical analogue to rebut that presumption. Exhibit A at 7–10. The court then analyzed whether the plaintiffs would be likely to suffer irreparable harm in the absence of preliminary relief and concluded that they would. *Id*. at 10–11.

Respectfully submitted this 30th day of September 2026.

*/s/ Patrick Todd*
Patrick Todd
Trial Attorney
Second Amendment Section

**CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for the United States, certifies that this brief contains 183 words, which complies with the word limit of L.R. 11-6.1.

Dated: September 30, 2026

Respectfully submitted,

*/s/ Patrick Todd*
PATRICK TODD
Trial Attorney
Second Amendment Section