ROB BONTA
Attorney General of California
CHARLES J. SAROSY
Supervising Deputy Attorney General
VIVIANA M. HANLEY
CHRISTINA MCCALL
EDWARD P. WOLFE
SABRINA T. MCGRAW
Deputy Attorneys General
State Bar No. 334120
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 268-4326
Fax: (415) 703-1234
E-mail: Sabrina.McGraw@doj.ca.gov
*Attorneys for Defendants State of California and Robert Bonta, in his official capacity as head of the California Department of Justice*

Additional counsel set forth on signature page

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>**v.**<br>**STATE OF CALIFORNIA, et al.,**<br>Defendants. | 8:26-cv-01697-MRA-ADSx<br>**STIPULATION TO SUPPLEMENT RECORD ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND BRIEFING SCHEDULE ON RELEVANCE**<br>Date: September 11, 2026<br>Time: 1:30 p.m.<br>Judge: Hon. Mónica Ramírez Almadani<br>Trial Date: Not Set<br>Action Filed: July 1, 2026 |

Pursuant to Civil Local Rule 7-1, the undersigned counsel, on behalf of their respective clients, submit the following stipulation requesting that this Court supplement the record on Plaintiff's motion for preliminary injunction with the Supplemental Declaration of Salvador Gonzalez and permit the parties to provide short, expedited briefing on the relevance of the Supplemental Declaration to the pending motion for a preliminary injunction.

WHEREAS, on September 11, 2026, the Court held a hearing on the Plaintiff's motion for a preliminary injunction and Defendants' motion to dismiss and the Court took the motions under submission, ECF No. 49;

WHEREAS, on September 29, 2026, the California Department of Justice's Bureau of Firearms added Glock's new semiautomatic pistol model, Glock 43X CA, to the Roster of Handguns Certified for Sale ("Handgun Roster") and listed it as not meeting the definition of a "machinegun-convertible pistol" under California Penal Code section 16885;

WHEREAS, on September 30, 2026, the Parties met and conferred via videoconference regarding Defendants' anticipated motion to supplement the record on Plaintiff's pending motion for a preliminary injunction with the above new information;

WHEREAS, that same day, Defendants filed a request for judicial notice of the new evidence, ECF No. 55;

WHEREAS, on October 2, 2026, the Parties again met and conferred via videoconference regarding Defendants' anticipated motion to supplement the record;

WHEREAS, the Parties have conferred and agree that, in the interest of judicial efficiency, there is good cause to forego a regularly noticed and briefed motion to supplement the record as is normally required by Central District of California Local Rules 7-3 to 7-10;

THEREFORE, the Parties HEREBY STIPULATE to supplement the record of the motion for a preliminary injunction with the Supplemental Declaration of Salvador Gonzalez attached herein as **Exhibit 1**; and that the Parties will file briefing on the relevance of the Supplemental Declaration to Plaintiff's motion for a preliminary injunction as follows:

- Defendants will file a brief of no more than 3 pages by **October 7, 2026**;
- Plaintiff will file an opposition brief of no more than 3 pages by **October 14, 2026**.

Dated: October 5, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
CHARLES SAROSY
Supervising Deputy Attorney General

*/s/ Sabrina T. McGraw*
SABRINA T. MCGRAW
EDWARD P. WOLFE
VIVIANA M. HANLEY
CHRISTINA MCCALL
Deputy Attorney General
*Attorneys for Defendants, State of California and Robert Bonta, in his official capacity as head of the California Department of Justice*

*/s/ Patrick Todd*
PATRICK TODD
Trial Attorney
Second Amendment Section
*Attorneys for Plaintiff, United States of America*

## FILER'S ATTESTATION

I am the CM/ECF filer whose identification and password are being used to file the foregoing Stipulation to Supplement Record on Plaintiff's Motion for Preliminary Injunction and Briefing Schedule on Relevance, Supplemental Declaration of Salvador Gonzalez, and Proposed Order. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Sabrina T. McGraw, attest that each of the signatories to this filing concur in the filing's content and have authorized the filing.

Dated: October 5, 2026

*/s/ Sabrina T. McGraw*
Sabrina T. McGraw