**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA,**
Plaintiff,
v.

**STATE OF CALIFORNIA and ROBERT BONTA, in his official capacity as head of the California Department of Justice,**
Defendants.

Case No. 8:26-cv-01697-MRA-ADSx

**STIPULATION TO SUPPLEMENT RECORD ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND BRIEFING SCHEDULE ON RELEVANCE [59]**

On October 5, 2026, the Parties filed a stipulation to supplement the record on Plaintiff's pending motion for preliminary injunction with the Supplemental Declaration of Salvador Gonzalez containing information that did not exist at the time of the hearing on the motion for a preliminary injunction. The Parties also stipulated to a request for a short briefing schedule on the limited issue of relevance of the Supplemental Declaration to the pending motion for a preliminary injunction.

The Court, having considered the Stipulation, and finding good cause therefore, **GRANTS** the Parties' stipulation to supplement the record with the Supplemental Declaration of Salvador Gonzalez (ECF No. 59-1).

The Court **GRANTS** the Parties' request for leave to file briefing on the issue of relevance of the Supplemental Declaration to Plaintiff's motion for a preliminary injunction as follows:

- Defendants will file a brief of no more than 3 pages by October 7, 2026;
- Plaintiff will file an opposition brief of no more than 3 pages by October 14, 2026.

IT IS SO ORDERED.

Dated: October 6, 2026

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE